**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1417**

SHELIA HALLMAN-WARNER; ROSCOE OLIVER WARNER,

Plaintiffs - Appellants,

v.

BLUEFIELD STATE COLLEGE, WV State Government Entity/Higher Education Policy Commission; SHELIA JOHNSON, Vice-President Financial Affairs, Bluefield State College; JASON BROOKS, Director of Public Safety, Bluefield State College; ANGELA LAMBERT, Provost/Vice-President of Academic Affairs; JONETTA AUGHENBAUGH, Director, Human Resources; MARTHA EBORALL, Dean of Arts and Sciences; AMANDA MATOUSHEK, Chair, Social Sciences; SANDRA WYNN, Chair, Promotion and Tenure Committee; JOANNE ROBINSON, Vice-President Student Affairs; JERRY PERDUE, Letter to the Editor, member Student Governing Association, Student Representative, Bluefield State College Board of Governor's; MARSHA KROTSENG, President/Bluefield State College; CURRENT AND FORMER BOARD OF GOVERNOR'S BLUEFIELD STATE COLLEGE, Robert E. Perkinson, Jr., Chair, Governing Board of Bluefield State College; GARRY D. MOORE, Vice-Chair, Governing Board of Bluefield State College,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:17-cv-02882)

Submitted: July 26, 2018                    Decided: July 30, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Shelia Hallman-Warner; Roscoe Oliver Warner, Appellants Pro Se. Kevin John Robinson, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Beckley, West Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelia Hallman-Warner and Roscoe Oliver Warner seek to appeal the district court's order adopting the magistrate judge's recommendation and dismissing their civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's judgment was entered on March 13, 2018. The notice of appeal was filed on April 13, 2018. Because Appellants failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Appellants also failed to file specific objections to the magistrate judge's recommendation. *See Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985) (noting failure to file specific objections to magistrate judge's report waives appellate review).